IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CYNTHIA HURST**, *et al.*, | : Case No. 5:19-cv-315 |
| Plaintiffs, | : |
| vs. | : Judge John R. Adams |
| **CALIBER HOME LOANS, INC.,** | : |
| Defendant. | : |

### DEFENDANT CALIBER HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary, and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with these provisions, this Corporate Disclosure Statement is filed on behalf of Defendant Caliber Home Loans, Inc.

1. <u>Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?</u>

    ____ Yes     __X__ No

2. <u>Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?</u>

    _____ Yes     __X_ No

Dated: May 16, 2019

Respectfully submitted,

*/s/ David J. Dirisamer*
Robert C. Folland (0065728)
David J. Dirisamer (0092125)
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH  43215
614-628-0096 (Office)
614-628-1433 (Facsimile)
Rob.Folland@btlaw.com
David.Dirisamer@btlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2019, a copy of the foregoing was filed via the Court's CM/ECF electronic filing system, and electronically served on all parties of record.

*/s/ David J. Dirisamer*
David J. Dirisamer